**Opinion filed November 3, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00203-CV

_____

## IN THE INTEREST OF J.R. AND I.R., CHILDREN

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 8126-CX**

### M E M O R A N D U M   O P I N I O N

After the trial court terminated the parental rights of the mother and the father of J.R. and I.R., each parent filed a notice of appeal. The father has now filed in this court a motion to dismiss his appeal. In the motion, the father states that he no longer wishes to pursue this appeal, and he requests that his appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

The father's motion to dismiss is granted, and the appeal is dismissed as to the father only; the appeal remains active with respect to the mother.


November 3, 2016                                         PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.